**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>David Rowe, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v. Civil No. 24-2375 (DWF/DJF)<br><br>Change Healthcare, Inc., a *Delaware corporation*, UnitedHealth Group Incorporated, *a Delaware corporation*, UnitedHealthcare, Inc., *a Delaware corporation*, and Optum, Inc., *a Delaware corporation,*<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [399]) (Civil No. 24-2375 (DWF/DJF) (Doc. No. [31])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 3, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Court